UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. Pte, LTD, et al.,, | No. C 10-0433 JL |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CARGO SPECIALISTS, INC., | |
| Defendants. | |

The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

DATED: April 29, 2010

_____
James Larson
United States Magistrate Judge

G:\JLALL\CASES\CIVIL\10-0433.Dismissal.wpd            1